FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Charles L Bryant, Sr.**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Charles L Bryant, Sr.** | S.S.# **xxx-xx-9607** |
| | (W) | S.S.# |
| ADDRESS: | **274 Fletcher Road** | |
| | **Collierville, TN 38017** | |

PLAN PAYMENT: Debtor(s) to pay $ **3,135.00**   (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:   OR ( **X** ) DIRECT PAY
BECAUSE:  Debtor Retired
FIRST PAYMENT DATE:  10/15/2014

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | | |
|---|---|---|---|---|
| AUTO INSURANCE: | ( x ) Not included in Plan   ( ) Included in Plan | | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | | $ **-NONE-** |
| | Child support arrearage amount | | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Citimortgage Inc**   Ongoing pmt. Begin  12/1/2014   $ **1,664.00**
Approx. arrearage **3,300.00**   Interest **0.00** %   $ **55.00**

SECURED CREDITORS;         VALUE           RATE OF         MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL      INTEREST        PLAN PMT.

| Creditor | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| **Chase auto** | $ **10,600.00** | **5.25** % | $ **202.00** |
| **Chrysler Capital** | $ **21,600.00** | **5.25** % | $ **597.00** |
| **Title Max** | $ **625.00** | **5.25** % | $ **14.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$17,175.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Arthur A Byrd Jr**
**Law Office of Artie Byrd Jr.**
**116 Mulberry Street**
**Collierville, TN 38017**
**(901) 848-2549**